**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7020**

_____

ANTHONY BURNSIDE,

Plaintiff - Appellant,

versus

WARDEN WILLIAM M. WHITE; ASSOCIATE WARDEN R.
REED; CAPTAIN D. BECKWITH; LIEUTENANT
RODERICK; SARGEANT F. THOMAS; SARGEANT S.
TOLAND,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-04-22609-6)

_____

Submitted:  October 18, 2005        Decided:  October 25, 2005

_____

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Bernard Burnside, Appellant Pro Se. Daniel Roy Settana,
Jr., John Eric Kaufmann, MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Burnside, a South Carolina inmate, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burnside v. White</u>, No. CA-04-22609-6 (D.S.C. June 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>